**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 26-3934-JFW(RAOx)**                                    Date:  June 4, 2026

Title:        Ivonne Ramon -v- Henley Pacific LA LLC, et al.

---

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                                    **None Present**
        **Courtroom Deputy**                              **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                  None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: SANCTIONS**

        On May 26, 2026, the Court ordered each party to file a declaration within two days of the Local Rule 7-3 conference regarding Plaintiff's Motion to Remand.  According to the Declaration of Matthew W. Dietz filed on June 3, 2026 (Docket No. 21), the conference was held on June 1, 2026.  Although counsel for Plaintiff filed the declaration required by the Court's May 26, 2026 Order, counsel for Defendant did not.  Accordingly, Defendant's counsel is ordered to show cause, in writing, on or before **June 8, 2026**, why this Court should not impose sanctions on counsel in the amount of $1,500.00 and/or remand this action for failure to comply with the Court's Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or the remand of this action.


        IT IS SO ORDERED.